IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM GRECIA,<br><br>    Plaintiff,<br><br>  v.<br><br>DIRECTTV LLC,<br><br>    Defendant.<br>_____ / | No. C 15-4359 WHA<br><br>**ORDER DENYING PRO HAC VICE APPLICATION OF ATTORNEY TAYLOR HIGGINS LUDLAM** |

      The *pro hac vice* application of Attorney Taylor Higgins Ludlam (Dkt. No. 31) is **DENIED** for failing to comply with Local Rule 11-3. The local rule requires that an applicant certify that "he or she is an active member in good standing of the bar of a United States *Court* or of *the highest court* of another State or the District of Columbia, *specifying such bar*" (emphasis added). Filling out the *pro hac vice* form from the district court website such that it only identifies the state of bar membership — such as "the bar of North Carolina" — is inadequate under the local rule because it fails to identify a specific court. While the application fee does not need to be paid again, the application cannot be processed until a corrected form is submitted.

      **IT IS SO ORDERED.**

Dated: October 6, 2015.

                                                WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28