Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

WILLIAM GRECIA, )
                   Plaintiff(s), )
v. )
DIRECTTV LLC, )
                   Defendant(s). )

Case No: 15-CV-04359

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, /s/ Taylor Higgins Ludlam, an active member in good standing of the bar of NC, Eastern District of NC, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: DirectTV LLC in the above-entitled action. My local co-counsel in this case is Steven D. Moore, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Suite 1400, 4208 Six Forks Road<br>Raleigh, NC 27609 | Eighth Floor, Two Embarcadero Center<br>San Francisco, CA 94111 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (919) 420-1705 | (415) 273-4741 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| taludlam@kilpatricktownsend.com | smoore@kilpatricktownsend.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 42377.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 10/06/15

                                                   /s/ Taylor Higgins Ludlam
                                                          APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of /s/ Taylor Higgins Ludlam is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: October 6, 2015.

                                                     UNITED STATES DISTRICT/MAGISTRATE JUDGE